1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 SAJID AHMED,                          )
                                         )
13              Plaintiff,               )  No. C 07-0832 SI
                                         )
14        v.                             )
                                         )  **STIPULATION TO EXTEND DATES;**
15 ALBERTO GONZALES, Attorney General    )  **and [PROPOSED] ORDER**
   of the United States;                 )
16 MICHAEL CHERTOFF, Secretary of the    )
   Department of Homeland Security;      )
17 EMILIO GONZALEZ, Director of United States )
   Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, III, Director of the )
   Federal Bureau of Investigations;     )
19 EVELYN UPCHURCH, Director of the      )
   Texas Service Center; et al.,         )
20                                       )
                Defendants.               )
21 _____ )

22
        Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys
23
   of record, hereby stipulate, subject to the approval of the Court, to the following:
24
        1. Plaintiff filed this action on or about February 9, 2007. Defendants' answer is currently due
25
   on April 13, 2007.
26
        2. Pursuant to this Court's February 9, 2007 Order Setting Initial Case Management
27
   Conference, the parties are required to file a joint case management statement on May 18, 2007,
28
   and attend a case management conference on May 25, 2007.

Stipulation for Extension
C 07-0832 SI

3. The plaintiff has agreed to give the defendants a 30-day extension of time to file their answer because plaintiff's administrative file has been transferred from the Texas Service Center to the San Francisco Office.

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer: May 14, 2007

Last day to file Joint ADR Certification: June 8, 2007

Last day to file/serve Joint Case Management Statement: June 22, 2007

Case Management Conference: June 29, 2007, at 2:00 p.m.

Date: April 11, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April ___, 2007

*All fax signature*
SHAH PEERALLY
Attorneys for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SUSAN ILLSTON
United States District Judge

Stipulation for Extension
C 07-0832 SI

3. The plaintiff has agreed to give the defendants a 30-day extension of time to file their answer because plaintiff's administrative file has been transferred from the Texas Service Center to the San Francisco Office.

4. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | May 14, 2007 |
| Last day to file Joint ADR Certification: | June 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 22, 2007 |
| Case Management Conference: | June 29, 2007, at 2:00 p.m. |

Date: April ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April ____, 2007

_____
SHAH PEERALLY
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
SUSAN ILLSTON
United States District Judge

Stipulation for Extension
C 07-0832 SI