SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAJID AHMED,<br><br>        Plaintiff,<br><br>     v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations;<br>EVELYN UPCHURCH, Director of the Texas Service Center; et al.,<br><br>        Defendants. | No. C 07-0832 SI<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [P~~ROPOS~~ED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to an approximately 60-day extension of the case management conference in the above-captioned case, in light of the following:

    1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on February 21, 2006.

    2. The application is pending with USCIS because USCIS has not received the result of a

STIPULATION TO EXTEND DATE OF CMC
C 07-0832 SI

1 | required FBI name check.

2 |    3. The USCIS has asked the FBI to expedite the processing of the plaintiff's name check.

3 |    4. In light of the reasonable possibility that the FBI will complete the name check and that the USCIS will adjudicate the naturalization application within the next 60 days, the parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for June 29, 2007, to **September 7, 2007, at 2:00 p.m.**

   5. If this case is not dismissed as moot, the parties will file a joint case management statement 7 days in advance of the re-scheduled case management conference.

Dated:  June 21, 2007            Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated:  June 21, 2007            /s/
                                        SHAH PEERALLY
                                        Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that the date of the case management conference is extended from June 29, 2007, to **September 7, 2007, at 2:00 p.m.**

Date:  6/25/07

                                  SUSAN ILLSTON
                                  United States District Judge

*[APPROVED stamp with signature of Judge Susan Illston, Northern District of California seal]*

STIPULATION TO EXTEND DATE OF CMC
C 07-0832 SI