1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 SAJID AHMED,                              )
                                             )
13          Plaintiff,                )  No. C 07-0832 SI
                                             )
14    v.                                    )
                                             )  **STIPULATION TO DISMISS AND**
15 ALBERTO GONZALES, Attorney General        )  **[PROPOSED] ORDER**
   of the United States;                     )
16 MICHAEL CHERTOFF, Secretary of the        )
   Department of Homeland Security;          )
17 EMILIO GONZALEZ, Director of United States)
   Citizenship and Immigration Services;     )
18 ROBERT S. MUELLER, III, Director of the   )
   Federal Bureau of Investigations;         )
19 EVELYN UPCHURCH, Director of the          )
   Texas Service Center; et al.,             )
20                                           )
           Defendants.                  )
21 _____ )

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation for Dismissal
C 07-0832 SI                 1

1  Date: July 26, 2007                                    Respectfully submitted,

2                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
3

4                                                         _____/s/_____
                                                          EDWARD A. OLSEN
5                                                         Assistant United States Attorney
                                                          Attorneys for Defendants
6

7
                                                          _____/s/_____
8  Date: July 26, 2007                                    SHAH PEERALLY
                                                          Attorney for Plaintiff
9

10                                       **ORDER**

11         Pursuant to stipulation, IT IS SO ORDERED.

12  Date:  July 30, 2007
13                                                        _____
                                                          SUSAN ILLSTON
14                                                        United States District Judge

Stipulation for Dismissal
C 07-0832 SI                                    2